. 13876

BAMBERG COUNTY v. MARYLAND CASUALTY CO. *ET AL.*

(174 S. E., 917)

*Mr. E. H. Henderson,* for appellant,

**112**

*Messrs. B. D. Carter, Solicitor,* and *Kearse & Kearse,* for respondent,

June 15, 1934.

The opinion of the Court was delivered by MR. JUSTICE STABLER.

The reasoning and conclusions of his Honor, Judge Johnson, in the above-stated case, are satisfactory to this Court, and his decree, which will be reported, is affirmed.

MR. CHIEF JUSTICE BLEASE and MESSRS. JUSTICES CARTER and BONHAM and MR. ACTING ASSOCIATE JUSTICE W. C. COTHRAN concur.